FILED
CLERK, U.S. DISTRICT COURT

NOV 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BUTLER, et al., | Case No. CV 07-7304-MMM (JTL) |
| Plaintiff, | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| LOS ANGELES COUNTY, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Motion to Dismiss Claims Two, Four, Six, Seven, Nine, Eleven, Twelve, Seventeen, Eighteen and Nineteen is denied; (2) the Motion to Dismiss Claims One and Ten is granted with respect to defendant Los Angeles County for failure to comply with the requirements of the California Tort Claims Act; (3) the Motion to Dismiss Claims Five, Thirteen and Fourteen is granted with respect to defendants Deputy Edwin Barragan and Deputy Luan Dang for failure to comply with the requirements of the California Tort Claims Act.

///

Defendants are ORDERED to file an Answer consistent with the Report and Recommendation and this Order within 20 days of this Order.

DATED: Nov. 12, 2008

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE