## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **CV 07-7304-MMM (JTL)**                    Date   **March 31, 2009**

Title   **PERRY C. BUTLER, ET AL., v. LOS ANGELES COUNTY SHERIFF DEPARTMENT, ET AL.**

Present: The Honorable     Jennifer T. Lum, United States Magistrate Judge

|  ShaRon Anthony | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

        None Present                                          None Present

Proceedings:     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**

        On December 4, 2008, the Court issued an Order requiring each party to file and serve a status report by March 4, 2009.  On March 4, 2009, defendants filed a status report.  On March 11, 2009, the Court issued a Minute Order noting that plaintiff had failed to file a status report and extending the time by which plaintiff could file his status report to March 16, 2009.  As of this date, plaintiff has not filed a status report.

        Plaintiff is ORDERED TO SHOW CAUSE why sanctions should not be imposed for failure to comply with the Court's Order.  Plaintiff is ordered to file a response to the Order to Show Cause within ten (10) days of the date of this Order.

cc:  Parties

                                              _____ : _____
                    Initials of Deputy Clerk    sa
                                              _____